United States Bankruptcy Court
Western District of Michigan

In re:  
Shakiya Keeyoni Peters  
    Debtor

Case No. 22-01056-jtg  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0646-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 16, 2022      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shakiya Keeyoni Peters, 2700 Eaton Rapids Road Lot #49, Lansing, MI 48911-6314 |
| 8759267 | + | CAPITAL AREA SCHOOL, 4316 S PENNSYLVANIA AVE, LANSING, MI 48910-5697 |
| 8759279 | + | Savage Legal Group, PC, 1483 Haslett Road, Haslett, MI 48840-8415 |
| 8759280 | + | Stonegate, 2700 Eaton Rapids Road, Lansing, MI 48911-6341 |
| 8759283 | + | Walnut Park, 645 W Willow Street, Lansing, MI 48906-4733 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Daniel J. Casamatta, Assistant U.S. Trustee, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Daniel M. McDermott, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | David W. Asbach, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Habbo G. Fokkena, Office of the United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Matthew T. Cronin, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: matthew.w.cheney@usdoj.gov | Sep 16 2022 21:09:00 | Matthew W. Cheney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | Michelle M. Wilson, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI |

| District/off: 0646-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 318 | Total Noticed: 35 |

| Recipient | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 49503-2865 |
| ust | + Email/Text: kenneth.g.lau@usdoj.gov | Sep 16 2022 21:09:00 | Kenneth G Lau, DOJ-Ust, 125 Ottawa Avenue NW, Suite 200r, Grand Rapids, MI 49503 |
| ust | Email/Text: elizabeth.k.lamphier@usdoj.gov | Sep 16 2022 21:09:00 | Elizabeth Katherine Lamphier, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Ave NW, Ste 200R, Grand Rapids, MI 49503 |
| ust | + Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | United States Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + Email/Text: ustpregion09.gr.ecf@usdoj.gov | Sep 16 2022 21:09:00 | United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| cr | + Email/Text: bankruptcy_notices@cmsenergy.com | Sep 16 2022 21:09:00 | Consumers Energy Company, Attn: Legal Dept, One Energy Plaza, Jackson, MI 49201-2357 |
| 8759266 | + EDI: BANKAMER.COM | Sep 17 2022 01:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 8759269 | + EDI: CAPITALONE.COM | Sep 17 2022 01:03:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 8759270 | Email/Text: bankruptcy@CASECU.org | Sep 16 2022 21:09:00 | CASE Credit Union, 4316 S Pennsylvania Ave, Lansing, MI 48910-5608 |
| 8759268 | + EDI: CAPITALONE.COM | Sep 17 2022 01:03:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 8759271 | + Email/Text: ebnnotifications@creditacceptance.com | Sep 16 2022 21:09:00 | Credit Acceptance Corpor, Po Box 5070, Southfield, MI 48086-5070 |
| 8759272 | + Email/Text: electronicbkydocs@nelnet.net | Sep 16 2022 21:09:00 | DEPT OF ED/NELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 8759273 | + Email/Text: electronicbkydocs@nelnet.net | Sep 16 2022 21:09:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 8759274 | ^ MEBN | Sep 16 2022 21:04:33 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 8759275 | ^ MEBN | Sep 16 2022 21:04:57 | Experian, Po Box 2002, Allen, TX 75013-2002 |
| 8759276 | EDI: IRS.COM | Sep 17 2022 01:03:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 8759277 | + Email/Text: MarcsBankruptcyUnit@michigan.gov | Sep 16 2022 21:09:00 | Michigan Department of Treasury, Collection/Bankruptcy Unit, PO Box 30168, Lansing, MI 48909-7668 |
| 8759278 | + Email/Text: donna.justice@usdoj.gov | Sep 16 2022 21:09:00 | Office of the United States Attorney, Western District of MI, Bankruptcy Section, PO Box 208, Grand Rapids, MI 49501-0208 |
| 8759281 | ^ MEBN | Sep 16 2022 21:04:59 | Transunion, PO Box 2000, 2 Baldwin Pl, Crum Lynne, PA 19022-1370 |
| 8759282 | Email/Text: edbknotices@ecmc.org | Sep 16 2022 21:09:00 | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |
| 8759284 | + EDI: COMCASTCBLCENT | Sep 17 2022 01:03:00 | Xfinity, 1701 JFK Boulevard Philadelphia, Philadelphia, PA 19103-2838 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0646-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 16, 2022 | Form ID: 318 | Total Noticed: 35 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022               Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason M. Milstone | on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com |
| Kimberly L. Savage | on behalf of Debtor Shakiya Keeyoni Peters kim@savagelegalgroup.com savagelegalgrouppc@jubileebk.net |
| Scott A. Chernich | schernich@fosterswift.com mi44@ecfcbis.com;jyeomans@fosterswift.com |

TOTAL: 3

Official Form 318 (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Shakiya Keeyoni Peters**<br>2700 Eaton Rapids Road Lot #49<br>Lansing, MI 48911<br>SSN: xxx–xx–1452<br><br>**Debtor** | **Case Number 22–01056–jtg**<br><br>**Chapter 7**<br><br>**Honorable John T. Gregg** |

# Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shakiya Keeyoni Peters

**By the court:**

**DATE:** September 16, 2022

_____
John T. Gregg
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**For more information, see page 2 >**

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**